UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT KING,

    Plaintiff,

vs.

WADE McCREE, in his individual capacity, and GENIENE La'SHAY MOTT, in her individual capacity, jointly and severally,

    Defendants.

Case No: 2:13-cv-10567-AC-MKM

Hon. Avern Cohn

Magistrate Judge Mona K. Majzoub

_____/

| | |
|---|---|
| JOEL B. SKLAR (P38338) | COLLINS EINHORN FARRELL |
| Attorney for Plaintiff | Brian D. Einhorn (P13130) |
| 615 Griswold, Suite 1116 | Colleen H. Burke (P68357) |
| Detroit, MI 48226 | Trent B. Collier (P66448) |
| (313) 963-4529 | Attorneys for Defendant Wade McCree |
| Joelb79@hotmail.com | 4000 Town Center, Suite 909 |
| | Southfield, MI 48075 |
| | (248) 355-4141 |
| | Brian.einhorn@ceflawyers.com |
| | Colleen.burke@ceflawyers.com |

_____/

### INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Judge McCree's Answer to the Judicial Tenure Commission's Complaint |
| Exhibit B | May 21, 2013 Transcript of JTC Proceedings |
| Exhibit C | May 20, 2013 Transcript of JTC Proceedings |